IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
No. 5:17-CV-384-BO

| | | |
|---|---|---|
| SUMMITBRIDGE NATIONAL INVESTMENTS III, LLC, | ) | |
| | ) | |
| Appellant, | ) | |
| | ) | |
| v. | ) | **O R D E R** |
| | ) | |
| OLLIE WILLIAM FAISON, | ) | |
| | ) | |
| Appellee. | ) | |

ON APPEAL FROM THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
RALEIGH DIVISION

This cause comes before the Court following remand from the court of appeals. On February 8, 2019, the court of appeals reversed the decision of this Court affirming the order of the bankruptcy court appealed by appellant SummitBridge National Investments III. Accordingly, and pursuant to the mandate of the court of appeals, the decision of the bankruptcy court on appeal in this action is REVERSED, and the matter is REMANDED to the bankruptcy court for further proceedings consistent with the foregoing.

SO ORDERED, this _12_ day of March, 2019.

_Terrence W. Boyle_
TERRENCE W. BOYLE
CHIEF UNITED STATES DISTRICT JUDGE